IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

DEC 1 1 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. 18-30178-SMY ) |
| LEVONNA BURNS, | ) ) ) |
| Defendant. | ) |

## STIPULATION OF FACTS

Comes now Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois through Ranley R. Killian, Assistant U.S. Attorney for this District and herewith enter into the following Stipulation of Facts with the Defendant, Levonna Burns, represented by her attorney, Larry R. Handfield, pertaining to the conduct of the Defendant charged in the information in this case and the relevant conduct of the defendant within the scope of U.S.S.G. § 1B1.3.

1. On March 6 of 2017, LEVONNA BURNS, Francois Calisal and Renee Spivey were stopped by the Illinois State Police on a traffic related offense on I-70 in Madison County, Illinois, within the Southern District of Illinois.

2. A subsequent search of the vehicle resulted in the seizure of a substantial amount of cocaine.

3. In the early morning hours of March 7, 2017, BURNS along with the other occupants of the vehicle were interviewed regarding the cocaine and activities surrounding the distribution of cocaine in the Southern District of Illinois. During this interview, BURNS denied knowledge of cocaine being in the vehicle.

1

4. BURNS also told law enforcement that she had not driven the vehicle containing the cocaine from California to St. Louis, instead, claiming she had driven a different rental car.

5. The defendant's statement was willful and false regarding a material aspect of the criminal investigation. BURNS had in fact driven the vehicle containing the cocaine from California to St. Louis with Francois Calisal. This statement was made to agents of the United States Drug Enforcement Administration, an agency of the Executive Branch of the United States.

SO STIPULATED:

UNITED STATES OF AMERICA,

STEVEN D. WEINHOEFT
United States Attorney

_____
LEVONNA BURNS
Defendant

_____
LARRY R. HANDFIELD
Attorney for Defendant

Date: 12/11/18

_____
RANLEY R. KILLIAN
Assistant United States Attorney

Date: 12/13/18